# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 09-cv-4294 |
| SEAN FERRELL, : | |
| : | |
| Defendant. : | CRIMINAL ACTION |
| : | |
| : | No. 04-cr-575 |
| : | No. 04-cr-730 |

## ORDER

AND NOW, this 19th day of April, 2010, upon consideration of Defendant/Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (Docs. No. 76/116), and responses thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is DENIED.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.